# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor  <u>Keisha L Malec,</u>  Case No <u>20-16937</u>  Chapter <u>13</u>
Moving Creditor  <u>LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC</u>  Date Case Filed  <u>September 11, 2020</u>

Nature of Relief Sought: ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe): __

Chapter 13  Date of Confirmation Hearing  Date Plan Confirmed  January 08, 2021

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe)_____

2. Balance Owed as of May 25, 2021 $<u>272,367.72</u>
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $280,385.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____  Amount $_____
   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months <u>8</u>  Amount $<u>20,227.68</u> (including attorney's fees and costs)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____  Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) <u>Material payment default</u>
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☒ No Statement of Intention Filed

Date: June 9, 2021  Submitted By:  /s/Dana O'Brien
                                   ARDC# 6256415
                                   McCalla Raymer Leibert Pierce, LLC