**LOAN NUMBER** ██████

**Last Name** MALEC

**Case** 20-16937

| | |
|---|---|
| BK Filed Date | 9/11/2020 |
| 1st Post Due date | 10/1/2020 |
| 3/1/2020 | $ 2,380.15 |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually | Shown in MSP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |
| | | | | $ - | | | | | $ - | $ - | $ - | | | |