**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Keisha L Malec | ) | Case no. 20-16937 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  A. Benjamin Goldgar |
| | ) | |

**NOTICE OF OBJECTION**

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor 's motion to modify plan docket # 40 .

1. The debtor provides no justification for her default in plan payments.

2. The debtor provides no justification for reducing her plan payment.

/s/ Glenn Stearns
For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888