## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-16937 |
| | ) | |
| KEISHA MALEC, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: GOLDGAR |

## NOTICE OF FILING OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 19-1 (LAKEVIEW LOAN SERVICING, LLC)

**The following parties have been served via electronic mail:**
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: stearns_g@lisle13.com
Dana O'Brien, Attorney for Lakeview Loan Servicing, LLC: dana.obrien@mccalla.com
Kinnera Bhoopal, Attorney for Lakeview Loan Servicing, LLC: kinnera.bhoopal@mccalla.com

**The following party has been served via regular US mail:**
Keisha Malec, 18106 W. Hampshire Dr., Gurnee, IL 60031

---

**Please take notice that the Debtor's Objection to Claim Number 19-1 (Lakeview Loan Servicing, LLC (Docket #52) is hereby withdrawn.**

---

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before October 28, 2021, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: October 28, 2021          /s/ Robert C. Bansfield Jr.
                                           Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
rbansfield@davidmsiegel.com